Matthew Mellen (Bar No. 233350)
Ramonchito Logan De Castro (Bar No. 332595)
Allison Cecchini Erggelet (Bar No. PL-463468)
MELLEN LAW FIRM
1050 Marina Village Parkway, Suite 102
Alameda, CA 94501
Telephone:    (510)263-9638
Facsimile:    (415) 276-1902
Email: email@mellenlawfirm.com

Attorneys for Debtor,
MY HOANG NGUYEN

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MY HOANG NGUYEN,<br><br>    Debtor. | Case No.: 18:15-BK-14841-ES<br><br>Chapter:   13<br><br>REQUEST OR MOTION TO RELEASE UNCLAIMED FUNDS TO THE DEBTOR |

**TO THE UNITED STATES BANKRUPTCY COURT, CHAPTER 13 TRUSTEE AMRANE COHEN CREDITOR(S) COUNSEL**

Debtor MY HOANG NGUYEN ("Debtor") submits this request or motion to release unclaimed funds. According to ucf.uscourts.gov website for Unclaimed Funds, Creditor MY HOANG NGUYEN has $6,936.06. The address listed is, 1325 S. Huron Dr., Santa Ana, CA 92704. Attached hereto, as **Exhibit A** is the true and correct copy of snippet from usf.uscourts.gov. To this date, debtor/creditor MY HOANG NGUYEN has not received the unclaimed funds.

11 U.S.C. § 347 provides:

> **(a)** Ninety days after the final distribution under section 726 , 1226 , or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28.

**(b)** Any security, money, or other property remaining unclaimed at the expiration of the time allowed in a case under chapter 9, 11, or 12 of this title for the presentation of a security or the performance of any other act as a condition to participation in the distribution under any plan confirmed under section 943(b) , 1129 , 1173 , or 1225 of this title, as the case may be, becomes the property of the debtor or of the entity acquiring the assets of the debtor under the plan, as the case may be.

The Bankruptcy Court has the funds, and it is required to release or "disposed of" the funds under §347 of 11 U.S.C.

One of the issues may be that the bankruptcy court has an incorrect address on the record. However, debtor has filed change of address on April 4, 2021 (attached hereto, as **Exhibit B,** is the true and correct copy of Debtor's Change of Mailing Address, Form F1002-1.3. The form reflected that debtor is now residing in; **7311 Wyoming St. Apt. C, Westminster, CA 92683**. It has been over three months and debtor has not received funds from bankruptcy court.

Debtor respectfully request the bankruptcy court to release unclaimed funds to the debtor.

1

2

3  DATED: August 3, 2021              Respectfully submitted,

4                                     MELLEN LAW FIRM

5

6                                     */s/ RamonChito De Castro*
                                      RamonChito De Castro
7                                     Attorneys for Debtor
                                      Mark David Bettelheim
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# U.S. Courts Unclaimed Funds Locator



Home    About

## Court / CACB

Edit Search

| Case Number | 8:15-bk-14841 | Page Total | $6,936.06 |
|---|---|---|---|
| Last/Business Name | MY HOANG NGUYEN | First Name | |

### Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | CACB | My Hoang Nguyen | $6,936.06 |

# Exhibit B

|  |  |
|---|---|
| Matthew D. Mellen (Bar No. 233350)<br>MELLEN LAW FIRM<br>1050 Marina Village Parkway, Suite 102<br>Alameda, CA 94501<br>Telephone: (510) 263-9638<br>Facsimile: 14152761902<br>Email: email@mellenlawfirm.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION         DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br>My Hoang Nguyen | CASE NO.: 8:15-bk-14841-ES<br>CHAPTER: 13 |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): My Hoang Nguyen
   Mailing Address: 1325 S Huron Dr
   City, State, Zip Code: Santa Ana, CA 92704

3. **New Address:**
   Mailing Address: 7311 Wyoming St., Apt C
   City, State, Zip Code: Westminster, CA 92683

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 04/21/2021              My Hoang Nguyrn _____
                              Requestor's printed name(s)

                              _____
                              Requestor's signature(s)

                              _____
                              Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                        F 1002-1.3.CHANGE.ADDRESS

Matthew Mellen (Bar No. 233350)
Ramonchito Logan De Castro (Bar No. 332595)
Allison Cecchini Erggelet (Bar No. PL-463468)
MELLEN LAW FIRM
1050 Marina Village Parkway, Suite 102
Alameda, CA 94501
Telephone:    (510)263-9638
Facsimile:    (415) 276-1902
Email: email@mellenlawfirm.com

Attorney for Plaintiff,
MY HOANG NGUYEN

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>MY HOANG NGUYEN<br><br>      Debtor | Case No.:  18:15-BK-14841-ES<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE
United States District Court – Bankruptcy Court
Case Number: 18:15-BK-14841-ES

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Alameda, California; my business address is Mellen Law Firm, 1050 Marina Village Parkway, Suite 102, Alameda, CA 94501.

On the date below, I served a copy of the foregoing document entitled:

**REQUEST OR MOTION TO RELEASE UNCLAIMED FUNDS TO DEBTOR**

on the interested parties in said case as follows:

| | |
|---|---|
| AMRANE COHEN<br>Trustee<br>Orange City Square<br>770 The City Dr. South, #8500<br>Orange, CA 92868 | Office of U.S. Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701 |

**[X] ONLY BY ELECTRONIC SERVICE.** By filing the document(s) through Electronic Case Filing (ECF). Service is based on CCP 1010.6(e)(1), "A party represented by counsel, who has appeared in an action or proceeding, shall accept electronic service of a notice or document that may be served by mail, express mail, overnight delivery, or facsimile transmission. Before first serving a represented party electronically, the serving party shall confirm by telephone or email the appropriate electronic service address for counsel being served."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration is executed on Alameda, California on August 3, 2021.

RamonChito De Castro                                 */s/ RamonChito De Castro*
(Type or Print Name)                                    (Signature of Declarant)